(128 So. 910)

### Gregory PAPPAS v. STATE.

4 Div. 500.

Supreme Court of Alabama.

June 5, 1930.

McDowell & McDowell, of Eufaula, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

FOSTER, J.

Petition of Gregory Pappas for certiorari to Court of Appeals to review and revise the judgment and decision of that court in Pappas v. State (4 Div. 525) 23 Ala. App. 663, 128 So 921.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

(129 So. 922)

### W. C. PHILLIPS v. O. A. STEELE, Judge, etc.

7 Div. 977.

Supreme Court of Alabama.

June 26, 1930.

PER CURIAM.

Rule nisi denied.

All Justices concur.

(127 So. 915)

### Jeanette Trixie PRICE v. D. C. COOPER, Adm., etc., et al.

7 Div. 908.

Supreme Court of Alabama.

April 10, 1930.

Willett & Willett, of Anniston, for appellant.

BOULDIN, J.

Affirmed.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

(128 So. 910)

### Hannah PRINCE v. F. A. McGEE.

6 Div. 284.

Supreme Court of Alabama.

April 24, 1930.

PER CURIAM.

Appeal dismissed for want of prosecution.

(128 So. 910)

### Leander PUCKETT v. STATE.

8 Div. 204.

Supreme Court of Alabama.

May 22, 1930.

J. N. Powell, of Falkville, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

BOULDIN, J.

Petition of Leander Puckett for certiorari to Court of Appeals to review and revise the judgment and decision of that court in Puckett v. State (8 Div. 912) 23 Ala. App. 493, 127 So. 678.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

(128 So. 911)

### B. F. REYNOLDS v. George P. TURNER.

6 Div. 547.

Supreme Court of Alabama.

April 24, 1930.

PER CURIAM.

Affirmed on certificate.